**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESDRA NAVARRO ARENAS, | No. 1:26-cv-00166-JLT-CDB (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS AND DENYING AS MOOT RESPONDENTS' REQUEST TO DISMISS |
| v. | |
| CHRISTOPHER CHESTNUT, *et al.*, | |
| Respondents. | (A-Number 249-412-285) |
| | (Doc. 17) |

Petitioner Esdras Navarro Arenas is a federal immigration detainee. He initiated this action by filing of a petition for writ of habeas corpus under 28 U.S.C. § 2241 and a motion for temporary restraining order on January 11, 2026, while in custody of Immigration and Customs Enforcement ("ICE") at the California City Detention Facility in California City. (Docs. 1, 2.)

On January 26, 2026, the Court converted Petitioner's TRO motion to a preliminary injunction and granted the preliminary injunction in part, ordering Petitioner be provided a substantive bond hearing, at which the government bears the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight if he is released. (Doc. 13.) The matter was referred to the assigned magistrate judge for consideration of the merits of the petition. *Id.* at 9-10.

On May 8, 2026, the assigned magistrate judge issued findings and recommendations to grant in part Petitioner's petition for writ of habeas corpus as to his procedural due process claim

1

and to deny Respondents' motion to dismiss. (Doc. 17.) The Court served the findings and recommendations on all parties and Respondents timely filed objections. (Doc. 18.)

In their objections, Respondents object to the findings and recommendations for the same reasons advanced in Respondents' earlier filings, to wit, that Petitioner's petition is moot and "Petitioner is subject to mandatory detention and habeas relief is not warranted on either statutory or constitutional grounds." *Id.* at 2; *see* (Docs. 10, 14.)

According to 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Thus, the Court **ORDERS**:

1. The findings and recommendations issued on May 8, 2026 (Doc. 17) are **ADOPTED** in full.

2. The petition for writ of habeas corpus (Doc. 1) is **GRANTED** in part only as to "Count One" for violation of Fifth Amendment Right to Procedural Due Process.

3. Respondents' request to dismiss this action as moot (Doc. 14) is **DENIED**.

4. The Clerk of the Court is **DIRECTED** to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated:   **May 26, 2026**

UNITED STATES DISTRICT JUDGE

2